PER CURIAM.
The trial court’s “standard response” to the jury’s request for the defendant’s testimony was error. See Rigdon v. State, 621 So.2d 475 (Fla. 4th DCA 1993); Huhn v. State, 511 So.2d 583 (Fla. 4th DCA 1987); Roper v. State, 608 So.2d 533 (Fla. 5th DCA 1992). However, in this ease we find the error to be harmless. See Goodwin v. State, 751 So.2d 537 (Fla.1999); Gonzalez v. State, 624 So.2d 300 (Fla. 4th DCA *83 1993); Farrow v. State, 573 So.2d 161 (Fla. 4th DCA 1990).
AFFIRMED.
DELL, POLEN and GROSS, JJ., concur.